**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:08CR00413   SWW |
| DAVID WILLIAM GOLDEN | * | |
| | * | |
| | * | |
| | * | |
| | * | |

## ORDER

By order entered March 3, 2009, the Court committed Defendant David William Golden to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d)(1) and 18 U.S.C. § 4242(a), for hospitalization in a suitable facility for a reasonable period of time, not to exceed four months, to determine (1) whether there is a substantial probability that, in the foreseeable future, Defendant will attain the capacity to stand trial and (2) to determine existence of insanity at the time of the offense.

Now before the Court is a letter from Sara Revell, the Warden of the Federal Medical Center in Butner, North Carolina, seeking a 120-day extension of Defendant's hospitalization period. Pursuant to 18 U.S.C. § 4241(d)(2)(A), the Court may extend Defendant's period of hospitalization for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward.

A forensic report submitted along with Revell's letter states that, in the opinion of

Defendant's primary evaluator, there is a substantial probability that Defendant can be restored to competency with further treatment. The Court is inclined to adopt the findings set forth in the forensic report and grant the request for extended hospitalization. **Counsel has up to and including 5 days from the entry date of this order in which to state any objections to the Court's proposed action or to request a hearing regarding the request for extended hospitalization**.

    IT IS SO ORDERED THIS 28TH DAY OF AUGUST, 2009

        /s/Susan Webber Wright

        UNITED STATES DISTRICT JUDGE