**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:08CR00413   SWW |
| DAVID WILLIAM GOLDEN | * | |
| | * | |
| | * | |
| | * | |
| | * | |

**ORDER**

By order entered March 3, 2009, the Court committed Defendant David William Golden to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d)(1) and 18 U.S.C. § 4242(a), for hospitalization in a suitable facility for a reasonable period of time, not to exceed four months, to determine (1) whether there is a substantial probability that, in the foreseeable future, Defendant will attain the capacity to stand trial and (2) to determine existence of insanity at the time of the offense.

By order entered June 17, 2009, the Court extended Defendant's period of hospitalization to July 28, 2009. Subsequently, Sara Revell, the Warden of the Federal Medical Center in Butner, North Carolina, requested by letter to the Court a 120-day extension of Defendant's hospitalization period. A forensic report submitted along with Revell's letter states that, in the opinion of Defendant's primary evaluator, there is a substantial probability that Defendant can be restored to competency with further treatment.[1]

---

[1] Pursuant to 18 U.S.C. § 4241(d)(2)(A), the Court may extend Defendant's period of hospitalization for an additional reasonable period of time until his mental condition is so

In an order entered August 28, 2009, the Court stated that it was inclined grant the request for extended hospitalization, and the Court granted counsel 5 days from the entry date of the order in which to state any objections to an extension of the hospitalization period or to request a hearing regarding the request for extended hospitalization.  No objections were filed, and the Court inadvertently failed to enter an order granting the extension.   Accordingly, the Court will grant the request for extended hospitalization, *nunc pro tunc*, up to and including November 25, 2009.

IT IS THEREFORE ORDERED that the request for extended hospitalization is GRANTED, *nunc pro tunc*.  Defendant's period of hospitalization is extended up to and including November 25, 2009.  IT IS FURTHER ORDERED that the medical facility shall file with the Court a report determining defendant's mental status at the end of the time period specified.

IT IS SO ORDERED THIS 29TH   DAY OF OCTOBER,  2009.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

improved that trial may proceed, if the Court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward.