**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | |
| | * | NO: 4:08CR00413   SWW |
| DAVID WILLIAM GOLDEN | * | |
| | * | |
| | * | |

**ORDER**

By order entered October 29, 2009, the Court extended Defendant's period of hospitalization up to and including November 25, 2009, and by order entered December 11, 2009, the Court directed the United States to file a status report regarding Defendant's hospitalization status.   Pursuant to that order, an employee of the Federal Medical Center in Butner, North Carolina contacted the Court by telephone and explained that personnel at the Medical Center understood that  Defendant's period of hospitalization ended on December 25, 2009.  Accordingly, Defendant's period of hospitalization is extended up to and including December 25, 2009.

IT IS SO ORDERED THIS  29th  DAY OF DECEMBER, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE